IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

Michael R. Bauer,

    Petitioner,

v.                                 Civil Action No:  09-MC-162

William James,

    Respondent.

---

### ENTRY OF DEFAULT

---

    Plaintiff, Michael R. Bauer, requests that the clerk of court enter default against defendant, William James, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of Defendant, William James is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this __17TH__ day of __June__, 2009.

                                                                              Peter Oppeneer, Clerk of Court

083530-1mrb-100609bg
Entry of Default