IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL R. BAUER,

    Petitioner,

vs.

                              Case No. 09-mc-162

WILLIAM JAMES,

    Respondent.

## DEFAULT JUDGMENT

The respondent, William James, having failed to appear, plead or otherwise defend in this action, and default having been entered on June 17, 2009, and counsel for petitioner having requested judgment against the defaulted respondent and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of petitioner, Michael R. Bauer and against respondent William James, as follows: $52,560.32 (original arbitration award of $49,921.32 plus $2,639.00 in attorney fees and costs per arbitration award), plus interest on the judgment at the legal rate until the judgment is satisfied.

Approved as to form this 23d day of June, 2009.

_____
BARBARA B. CRABB
United States District Judge

Judgment entered this 25th day of June, 2009.

_____
PETER OPPENEER
Clerk of Court